NUMBER 13-01-416-CR


COURT OF APPEALS


THIRTEENTH DISTRICT OF TEXAS


CORPUS CHRISTI


__________________________________________________________________

FRANK GUERRA, Appellant,

v.

THE STATE OF TEXAS, Appellee.

__________________________________________________________________

On appeal from the 24th District Court of Goliad County, Texas.

__________________________________________________________________

O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam

Appellant, FRANK GUERRA, perfected an appeal from a judgment entered by the 24th District Court of
Goliad County, Texas, in cause number 00-5-3837-CR. Appellant has filed a motion to dismiss the
appeal. The motion complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the
opinion that appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss
the appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish. Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 16th day of August, 2001.